ACCEPTED
06-18-00020-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/5/2018 12:52 PM
DEBBIE AUTREY
CLERK

## NO. 06-18-00020-CV

*IN THE COURT OF APPEALS*

*FOR THE SIXTH DISTRICT OF TEXAS*

*AT TEXARKANA*

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/5/2018 12:52:57 PM
DEBBIE AUTREY
Clerk

## IN THE MATTER OF THE MARRIAGE OF

## HERMAN TYESKIE AND INGER TYESKIE

*On appeal from the 307TH Judicial District Court Gregg County, Texas*

*In Cause No.2015-1636-DR*

_____

## APPELLANT'S BRIEF

## INDEX OF AUTHORITIES

_____

Counsels of Record

**William T. Hughey, Esq.**

**P.O.  Box 2012**

**Marshall, Texas 75671**

**Hugheylaw@sbcglobal.net**

**Ph. 903-935-5550**

**Fax 866-823-7185**

LIST OF AUTHORITY

Page

Case Law

*Beaumont Bank, N.A. v. Buller, 806 S.W.2d 223, 226 (Tex.1991)* ……….……. .9

*Boyd v. Boyd, 131 S.W.3d 605, 610 (Tex.App.-Fort Worth 2004, no pet.)* ……...6,7

*Dale v. Finance America Corp., 929 S.W.2d 495, 497*

*(Tex.App.—Fort Worth 1996,* …………………………….….......................9

*Downer v. Aquamarine Operators, Inc., 701 S.W.2d 238, 241-42 (Tex.1985),* ....7

*Endicott-Johnson Corporation v. Encyclopedia Press, 266 U.S. 285, 288-290, 45 S.Ct. 61, 69 L.Ed. 288 (1924)* ………………………………………….…........ 10

*Ex parte Johnson, 654 S.W.2d 415, 418 (Tex.1983)* …….…….………........... 9,10

*Jacobs v. Jacobs, 687 S.W.2d 731, 733 (Tex.1985);* ……….…….…….……….7

*Merritt 861\*861 v. Harris County, 775 S.W.2d 17, 21 (Tex. App.—Houston [14th Dist.] 1989* ……………………………………………………………….…….10,11

*Ohendalski v. Ohendalski, 203 SW 3d-Tex: Court of Appeals, 9Dist. 2006* ……8

*Pitts v. Dallas Nurseries Garden Ctr., Inc., 545 S.W.2d 34, 37 (Tex.Civ. App.— Texarkana 1976* ………………………………………………………….........10

*Ross v. 3D Tower Ltd., 824 S.W.2d 270, 272 (Tex. App.—Houston [14th Dist.] 1992,* ……………………………………………………………….…….…...9

*Sivley v. Sivley v. The Hon. Richard Beacon Judge of the 354th Judicial District Court of Rain County Texas Sitting A Probate Court, 972 S.W. 2d. 850 Crt. App.Texas Tyler, Texas (1998)* ........................................................................ 9

*Young, 609 S.W.2d at 761-62* …………………………………………….…...8

Statutes:

TEX.CIV. PRAC. & REM.CODE ANN. § 31.002(a) (Vernon 1997) ………..9

TEX. FAM.CODE  ANN. §§ 6.002-.003 (Vernon 2006) …………………….8

TEX. FAM.CODE ANN. § 7.001 (Vernon Supp. 2006); …………………….6

U.S. Const. amend. XIV; Tex.Const. art. I, § 19. ……………………………10